PROB 12B
(7/93)

Report Date: February 2, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 05 2007

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Danny D. Seaman

Case Number: 2:07CR00021-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 12/09/1999

Type of Supervision: Supervised Release

Original Offense: Aiding and Abetting Armed Bank Robbery, 18 U.S.C. § 2113(a)

Date Supervision Commenced: 08/22/2006

Original Sentence: Prison - 70 Months;
TSR - 36 Months

Date Supervision Expires: 08/21/2008

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Seaman has failed to maintain a stable residence since the commencement of the term of supervision. He has failed to complete community service and make payments towards the financial obligation ordered in this case. Furthermore, he has failed to report to the probation office when directed to do so, and has failed to report for urinalysis testing on three separate occasions since December 12, 2006. Placement of the defendant at a residential reentry center will serve as an appropriate intermediate sanction, and will provide needed structure in Mr. Seamans' life. He has agreed to this modification, and has signed the attached waiver of hearing.

Respectfully submitted,

by   *[signature]*

Richard B. Law
U.S. Probation Officer
Date: February 2, 2007

RECEIVED
FEB 05 2007
CLERK, U.S. DISTRICT COURT
YAKIMA, WA

Prob 12B
Re: Seaman, Danny D.
February 2, 2007
Page 2

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

2/5/07
_____
Date

◆PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____   Signed: _____
              Richard B. Law                              Danny D. Seaman
              U.S. Probation Officer                      Probationer or Supervised Releasee

                        February 2, 2007
                             Date